UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**FILED**

MAY 2 6 2005

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

STEVEN G. DUNBAR,

    Plaintiff,

CASE NO. 04-73535

v.

HON. LAWRENCE P. ZATKOFF

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

    Defendant.
_____/

## ORDER

This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation in which the Magistrate Judge recommends that Defendant's Motion for Summary should be granted and Plaintiff's Motion for Summary Judgment should be denied. No objections to the Report and Recommendation have been filed.

After a thorough review of the court file, Plaintiff's and Defendant's motions, and the Report and Recommendation, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court. Accordingly, the Court HEREBY GRANTS Defendant's Motion for Summary Judgment and HEREBY DENIES Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

S:\Zatkoff\Bloomfield Files\SSA Recommendation\04-73535.dunbar.order.wpd